Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Case No.: 2:17-bk-20161-VZ
                                    )
    Bryant, Renee                   ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
                                    ) (Bankruptcy Rule 3011)
                                    )
                                    )
                                    )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 792727 in the sum of $14,017.52 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

Renee Bryant

28009 Calzada Drive
Rancho Palos Verdes, CA  90275

Date:  July 24, 2019                        /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

Nancy Curry Chapter 13 Trustee                                                   Check No. 792727
Pay to: 50033000  U.S. BANKRUPTCY COURT
OUR OFFICE HAS MOVED TO: 1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1720161-VZ | 999-0 | BRYANT, RENEE | | 0.00 | 14,017.52 | 0.00 | 14,017.52 |

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 792727

Los Angeles, CA 90017

July 17, 2019

PAY** Fourteen Thousand Seventeen Dollars and 52 Cents*****************************
TO THE ORDER OF

AMOUNT    *****$14,017.52*****

VOID AFTER October 15, 2019

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈792727⑈ ⑆061100790⑆ 000000575200 ⑈